**No. 25-4978**

# In the United States Court of Appeals for the Ninth Circuit

BRITTANY BOUNTHON; VIVIANNA RIVERA; GINA ALLEN,
*Plaintiffs-Appellants*,

v.

THE PROCTOR & GAMBLE COMPANY,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:23-cv-00765-AMO (The Hon. Araceli Martinez-Olguin)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS-APPELLANTS' REPLY BRIEF**

Plaintiffs-Appellants respectfully request a 30-day extension of time to file their reply brief, from May 6, 2026, up to and including June 5, 2026. Defendant-Appellee does not oppose this request.

Plaintiffs-Appellants' counsel have a number of pressing obligations that have taken up and will continue to take up substantial time over the next month, including:

- A reply brief due in the Oklahoma Supreme Court in *Hill v. EAN Holdings, LLC*, No. 122,055, on April 20;

- A reply brief due in the U.S. District Court for the District of Oregon in *State of Oregon et al v. Trump et al*, No. 3:25-cv-01756-IM, on April 22;

1

- An answering brief due in the California Court of Appeal in *Doe v. Discord*, No. A175211, on April 27, and;

- An opposition brief due in the U.S. District Court for the Southern District of Florida in *Akeo v. Palace Elite Resorts*, No. 1:25-cv-23733-RKA, on April 27.

Plaintiffs-Appellants were granted an extension of 30 days to file their opening brief. Dkt. 12. Defendant-Appellee was granted 76 additional days to file its answering brief via an initial 60-day extension and then two subsequent extensions. *See* Dkts. 21, 25, 27. Plaintiffs-Appellants were previously granted an extension of 30 days to file their reply brief. Dkt. 42.

Defendant-Appellee's counsel does not oppose the requested extension. And no party will be prejudiced by the requested extension.

For the foregoing reasons, Plaintiffs-Appellants respectfully ask that their motion for a 30-day extension of time to file their reply brief be granted.

Respectfully submitted,

*/s/ Hannah M. Kieschnick*
HANNAH M. KIESCHNICK
GUPTA WESSLER LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104
(415) 5730336
*hannah@guptawessler.com*

April 13, 2026                                    *Counsel for Plaintiffs-Appellants*

## **DECLARATION OF HANNAH M. KIESCHNICK**
## **IN SUPPORT OF EXTENSION TO FILE REPLY BRIEF**
## **UNDER CIRCUIT RULE 31-2.2(b)**

1. I, Hannah M. Kieschnick, request an extension of time to file Plaintiffs-Appellants' reply brief.

2. The brief's initial due date was April 6, 2026. The brief's current due date is May 6, 2026. Dkt. 42.

3. The extension of time to file the brief is necessary because my colleagues and I have a number of pressing obligations that have taken up and will continue to take up substantial time over the next month:

   - A reply brief due in the Oklahoma Supreme Court in *Hill v. EAN Holdings, LLC*, No. 122,055, on April 20;

   - A reply brief due in the U.S. District Court for the District of Oregon in *State of Oregon et al v. Trump et al*, No. 3:25-cv-01756-IM, on April 22;

   - An answering brief due in the California Court of Appeal in *Doe v. Discord*, No. A175211, on April 27, and;

   - An opposition brief due in the U.S. District Court for the Southern District of Florida in *Akeo v. Palace Elite Resorts*, No. 1:25-cv-23733-RKA, on April 27.

4. Counsel for Defendant-Appellee does not oppose this request.

5. The court reporter is not in default with regard to any designated transcripts.

6. I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Hannah M. Kieschnick*
HANNAH M. KIESCHNICK
GUPTA WESSLER LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104
(415) 5730336
*hannah@guptawessler.com*

April 13, 2026

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 248 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

April 13, 2026

*/s/ Hannah M. Kieschnick*
HANNAH M. KIESCHNICK