UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| BRITTANY BOUNTHON; et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant - Appellee. | No. 25-4978<br><br>D.C. No. 3:23-cv-00765-AMO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 43) for an extension of time to file the reply brief is granted.

The optional reply brief is due June 5, 2026.

To facilitate timely submission of cases for decision, no further motions for extensions of time to file the reply brief will be granted absent extraordinary and compelling circumstances.

If the reply brief is not filed by June 5, 2026, the case may be submitted on the briefs already on file.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT